IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATTHAMA PHUEKTONG, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:25-cv-00898-KT |
| | ) | |
| v. | ) | Magistrate Judge Kezia O. L. Taylor |
| | ) | |
| LA ROCHE UNIVERSITY, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Given that motions are discouraged if the pleading defect is curable by amendment, **IT HEREBY IS ORDERED this 10th day of July, 2025,** that the parties must meet and confer at least 5 business days prior to the filing of such a motion to determine whether it can be avoided. The duty to meet and confer extends to parties appearing *pro se*. Consistent with the foregoing, **motions to dismiss must be accompanied by a certificate of the movant**, stating that the moving party has made good faith efforts to confer with the nonmovant(s) to determine whether the identified pleading deficiencies properly may be cured by amendment. The certificate should include when and how the meet and confer took place. **The Court will strike any motion to dismiss that does not contain the required certification.**

**IT IS FURTHER ORDERED** that: (1) as soon as is practicable, Plaintiff(s) promptly shall serve a copy of this Order upon Defendant(s); (2) all counsel and unrepresented parties must read, know and understand the Local Rules of this Court (*see* web page at: https://www.pawd.uscourts.gov/sites/pawd/files/lrmanual20181101.pdf); and (3) all counsel and unrepresented parties must familiarize themselves with the undersigned's Practices and Procedures

(*see* https://www.pawd.uscourts.gov/sites/pawd/files/Taylor_Practices_Procedures.pdf) and they will be held responsible for complying with the same.

s/ Kezia O. L. Taylor
Kezia O. L. Taylor
United States Magistrate Judge
