**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PATTHAMA PHUEKTONG, | ) | |
| | ) | |
| Plaintiff, | ) | 2:25-cv-00898-CB-KT |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | Magistrate Judge Kezia O. L. Taylor |
| LA ROCHE UNIVERSITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MEMORANDUM ORDER</u>**

This case has been referred to United States Magistrate Judge Magistrate Kezia O. L. Taylor for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 29, 2026, the Magistrate Judge issued a Report (Doc. 26) recommending that Defendant West Penn's MTD (Doc. 18) be granted, without prejudice to amendment; and that Defendant La Roche University's MTD (Doc. 20) be denied.  Service of the Report and Recommendation ("R&R") was made on the parties, and La Roche has filed objections. Doc. 27.

After a de novo review of the pleadings and documents in the case, together with the R&R and the Objections thereto, the following Order is entered:  La Roche's MTD (**Doc. 20**) is **DENIED**; West Penn's MTD (**Doc. 18**) is **GRANTED**, although the dismissal is without prejudice to Plaintiff filing an amended complaint; and the R&R (Doc. 26) is adopted as the Opinion of the District Court.

Plaintiff's deadline for filing an amended complaint is **<u>July 2, 2026</u>**.  She must make last, best efforts to assert viable claim(s) against West Penn, because additional leave will not be

granted.  If Plaintiff elects not to amend, her counsel shall – by the same date – file a notice with the Court.

IT IS SO ORDERED.


June 22, 2026                                          s/Cathy Bissoon
                                                      Cathy Bissoon
                                                      Chief United States District Judge

cc (via ECF email notification):

All Counsel of Record


cc (via First-Class U.S. Mail, control sticker affixed):

Martique Daughtry
GE7207
SCI Somerset
1590 Walters Mill Road
Somerset, PA  15510-0001

2